UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CARRINGTON FORECLOSURE SERVICES, LLC, | Case No. 2:22-CV-606 JCM (BNW) |
| Plaintiff(s), | ORDER |
| v. | |
| SCOTT J. POLETTO, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Carrington Foreclosure Services, LLC v. Poletto et al*, case no. 2:22-cv-00606-JCM-BNW.

This court granted defendant United States of America's motion for summary judgment (ECF No. 19) on March 31, 2023. (ECF No. 29). The court found that the U.S. Department of Housing and Urban Development ("HUD") is entitled to the remaining interpleader funds in this matter, and it ordered that the "deposited excess proceeds be DISBURSED in their entirety to HUD." (*Id.*). To ensure accurate accounting and disbursement, the court clarifies its order with respect to disbursement.

IT IS ORDERED that the entirety of the excess proceeds deposited with this court (ECF No. 14) and any interest be DISBURSED to HUD at 451 7th Street S.W., Washington, DC, 20410.

DATED April 7, 2023.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**